1110

No. 82–6568.   DENBY v. TEXAS.   Ct. Crim. App. Tex. Certiorari denied.

No. 82–6573.   WASKO v. PULLEY, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 82–6576.   MEZHBEIN v. CALIFORNIA.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 82–6581.   EVANS v. ALABAMA.   Sup. Ct. Ala.   Certiorari denied.

No. 82–6588.   FORD v. KENTUCKY.   Sup. Ct. Ky.   Certiorari denied.

No. 82–6659.   HARDING v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 82–6674.   MURPHY v. UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 82–6679.   JONES v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 82–6688.   BERGER v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 82–6689.   SPELLMAN v. RIDLEY, ADMINISTRATOR, LORTON YOUTH CENTER.   Ct. App. D. C.   Certiorari denied.

No. 82–6691.   PAYTON v. U. S. PATENT AND TRADEMARK OFFICE.   C. A. D. C. Cir.   Certiorari denied.

No. 82–6693.   BRIGGS v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 82–6694.   COX v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.